CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

June 7, 2018

Franklin Yates
TDCJ# 02141758
Lynaugh Unit
1098 S. Hwy 2037
Ft. Stockton, TX 79735

RE:    Court of Appeals Number:    05-17-00686-CR
       Trial Court Case Number:    15-10580-86-F
       Style:  Franklin Edward Yates v. The State of Texas

Dear Mr. Yates:

        The Court is in receipt of your letter postmarked May 23, 2018.  Please be advised that the briefs have been filed and the above appeal will be submitted in due course, most likely in the fall of 2018.
        Regarding your other question, the Court cannot give legal advice.  We regret we are unable to assist you in that matter.

                        Respectfully,

                        /s/ Lisa Matz, Clerk of the Court

LM/cg